

SO ORDERED,

*Edward Ellington*

Judge Edward Ellington
United States Bankruptcy Judge
Date Signed: November 26, 2018

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                               CHAPTER 13
RANDALL WHITE                              CASE NO.: 17-03959

### ORDER

THIS MATTER having come before the Court on the creditor's *Objection to Confirmation* (Dkt #18), and the Court after hearing testimony and oral arguments, finds and rules as follow:

That the objection is overruled and that the value of the debtor's mobile home and land is $4,500.00, which is to be paid over 60 months at 5% interest.

Prepared by:

*Robert Rex McRaney, Jr.*
_____
Robert Rex McRaney, Jr.

APPROVED AS TO FORM:

/s/Natalie Brown (w/permission given)
Attorney for Bayview Loan Servicing, LLC

*James L. Henley, Jr.*
_____
James L. Henley, Jr. Chapter 13 Trustee